# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing, NY 11355
(718) 762-1324 |  troylaw@troypllc.com

**Bill To:**

Customer Name

Customer Address

City, State, Zip                     , ,

**For Project**

NYSD 18-cv-10334 Buddha Asian YWL USA Inc, Wan v

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY11 | 10-01-18 | Create Binder, Set Up/Key in Database | 1.30 | 550 | 715.00 |
| JOHN TROY11 | 10-01-18 | Initial Telephone Conference with Plaintiff(s) Wan, Lu | 0.30 | 550 | 165.00 |
| JOHN TROY11 | 10-01-18 | Meet with Client(s) - Intakes Wan, Lu | 2.20 | 550 | 1210.00 |
| Aaron Schweitzer7 | 10-01-18 | Scan and Verify ID Wan, Lu | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 10-01-18 | Set Up the Text Message, WeChat & Line Wan, Lu | 0.50 | 350 | 175.00 |
| JOHN TROY11 | 10-01-18 | Prepare and Sign Retainer  with Client(s) - retainer | 0.90 | 550 | 495.00 |
| JOHN TROY11 | 10-08-18 | Draft Damages Calculation Chart, Plf | 1.40 | 550 | 770.00 |
| JOHN TROY11 | 10-22-18 | Research: ABC Board on Liquor Licensese | 0.40 | 550 | 220.00 |
| JOHN TROY11 | 10-22-18 | Draft the Complaint | 4.50 | 550 | 2475.00 |
| JOHN TROY11 | 10-22-18 | Research: Lexis Nexis /Legal /Others | 1.30 | 550 | 715.00 |
| JOHN TROY11 | 10-22-18 | Meet with Client- Damages Calculations | 0.80 | 550 | 440.00 |
| JOHN TROY11 | 10-22-18 | Research: Dft Website | 0.75 | 550 | 412.50 |
| JOHN TROY11 | 10-22-18 | Research: Search Corp & Biz Entity Database | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 10-22-18 | Research: Property at Addresses Known via Libor Acris PropertyShark | 0.40 | 550 | 220.00 |
| JOHN TROY11 | 10-23-18 | Meet with clients to revise Complaint | 1.20 | 550 | 660.00 |
| JOHN TROY11 | 10-23-18 | Review the Complaint | 0.80 | 550 | 440.00 |
| JOHN TROY11 | 10-24-18 | Review the text message LINE | 0.80 | 550 | 440.00 |
| JOHN TROY11 | 10-30-18 | Research: DMV/ Vehicle Plate Number | 0.40 | 550 | 220.00 |
| JOHN TROY11 | 11-06-18 | File Request for Issuance of Summons | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 11-06-18 | File the Complaint, Summons | 0.80 | 550 | 440.00 |
| JOHN TROY11 | 11-07-18 | Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 550 | 275.00 |
| Aaron Schweitzer7 | 11-08-18 | Review DMV Foil Response | 0.20 | 350 | 70.00 |
| JOHN TROY11 | 11-09-18 | File Consent to Become Party Plaintiff Lu Wan | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 11-09-18 | Review Magistrate Judge Individual Practices Magistrate Judge Paul E. Davison | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 11-09-18 | Review District Judge Individual Practices Judge Cathy Seibel | 0.50 | 550 | 275.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY11 | 11-12-18 | Review OC request for Waiver | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 11-12-18 | Intial Contact with OC; Req that OC file NoA prior to further communication | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 11-12-18 | Follow UP OC | 0.25 | 550 | 137.50 |
| Aaron Schweitzer7 | 11-13-18 | Revise and File Civil Cover Sheet USDC | 0.20 | 350 | 70.00 |
| Aaron Schweitzer7 | 11-26-18 | Draft, Print and Mail Notice of Lawsuit and Request for Waiver of Service of Summons | 0.80 | 350 | 280.00 |
| Aaron Schweitzer7 | 11-26-18 | 2 copies AO399 Waiver of Service Form to each Def | 0.40 | 350 | 140.00 |
| Aaron Schweitzer7 | 12-04-18 | Review DMV Foil Receipt | 0.80 | 350 | 280.00 |
| Aaron Schweitzer7 | 12-07-18 | ECF def Consent to waiver of service | 1.20 | 350 | 420.00 |
| Preethi Kilaru4 | 12-07-18 | Email OC to file the Notice of Waiver for all the Parties | 0.20 | 200 | 40.00 |
| Aaron Schweitzer7 | 12-09-18 | Review Rule 7.1 Statement | 0.70 | 350 | 245.00 |
| Aaron Schweitzer7 | 12-09-18 | Review Rule 7.1 Statement | 0.80 | 350 | 280.00 |
| Aaron Schweitzer7 | 12-17-18 | Review Mediation Referral Order FLSA sdny | 0.33 | 350 | 115.50 |
| JOHN TROY11 | 12-17-18 | Notice of Mediator Assignment | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 01-01-19 | Confer Mediator RE Scheduling | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 01-02-19 | Confer Mediator RE Scheduling to Cut Settle Date with Tele Conf | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 01-02-19 | Review the calendar and email OC requesting for the medi date pick up and calendar | 0.33 | 550 | 181.50 |
| JOHN TROY11 | 01-03-19 | Review calendar and confirm the medi date | 0.45 | 550 | 247.50 |
| JOHN TROY11 | 01-03-19 | Confirm the medi dates and EMAIL all the parties | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 01-17-19 | Confer Client RE Case Status | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 01-26-19 | IPTC Order | 0.45 | 550 | 247.50 |
| JOHN TROY11 | 01-26-19 | Review Answer to the complaint, AD, CC & Jury Demand | 2.10 | 550 | 1155.00 |
| JOHN TROY11 | 02-19-19 | Confer Client RE Mediation Conference | 0.30 | 550 | 165.00 |
| JOHN TROY11 | 02-20-19 | Review Mediation Statement Req | 0.25 | 550 | 137.50 |
| Aaron Schweitzer7 | 02-20-19 | Revise and Produce Mediation Damage Calculations | 0.75 | 350 | 262.50 |
| JOHN TROY11 | 02-21-19 | Confer Client RE Mediation Conference | 0.30 | 550 | 165.00 |
| JOHN TROY11 | 02-21-19 | Mediation Position Letter | 1.75 | 550 | 962.50 |
| Preethi Kilaru4 | 02-25-19 | Confer with Mediator regarding JT Arrival to the Court | 0.10 | 200 | 20.00 |
| JOHN TROY11 | 02-25-19 | Attend MEDIATION Conference with Client(s) | 5.00 | 550 | 2750.00 |
| Preethi Kilaru4 | 04-01-19 | Email OC requesting consent to reschedule the dates for conference w | 0.15 | 200 | 30.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 04-02-19 | Email Oc requesitng another date for the adjorunment and Draft motion for rescheudling and ecf the letter | 0.50 | 200 | 100.00 |
| JOHN TROY11 | 05-06-19 | Draft PMC for MCCC | 0.75 | 550 | 412.50 |
| JOHN TROY11 | 05-06-19 | Draft and Email OC ESI Plan | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 05-06-19 | Draft and Email OC Case Mgmt Plan | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 05-06-19 | Review and File PMC for MCCC | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 05-06-19 | Confer OC to Finalize and File Case Mgmt Plan | 0.45 | 550 | 247.50 |
| JOHN TROY11 | 05-07-19 | IPTC Prep | 0.85 | 550 | 467.50 |
| JOHN TROY11 | 05-07-19 | review Def OOJ, review dmg calc, research on issue whether a case can procced if plf's case is resolved by OOJ | 0.33 | 550 | 181.50 |
| JOHN TROY11 | 05-08-19 | IPTC | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 05-08-19 | Revise and File PMC for MCCC | 0.15 | 550 | 82.50 |
| JOHN TROY11 | 05-08-19 | Post IPTC Memo | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 05-13-19 | Intake Client for MCCC | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 05-13-19 | discuss with client re OOJ, client say no settle unless he gets full dmg+Def pays for atty fee | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 05-13-19 | interview with Client re OOJ | 0.25 | 550 | 137.50 |
| JOHN TROY11 | 05-22-19 | draft email to OC re settlement + request information on MTD/amend compl | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 05-28-19 | Draft Proposed Notice of Pendency (English) | 1.25 | 550 | 687.50 |
| JOHN TROY11 | 05-28-19 | Draft Affidavit of Plaintiff(s) in Support of MCCCC | 1.75 | 550 | 962.50 |
| JOHN TROY11 | 05-28-19 | Draft Notice of Motion for CCC | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 05-28-19 | Draft Memorandum in Support of MCCCC | 3.75 | 550 | 2062.50 |
| JOHN TROY11 | 05-28-19 | Draft Proposed Publication Order | 0.95 | 550 | 522.50 |
| JOHN TROY11 | 05-28-19 | Revise with Client Affidavit of MCCC | 0.75 | 550 | 412.50 |
| JOHN TROY11 | 05-29-19 | Draft Affidavit of John Troy in Support of MCCCC | 1.25 | 550 | 687.50 |
| JOHN TROY11 | 05-29-19 | Revise and ECF Notice of MCCC/ Affidavit of John Troy, Memo, Notice of Pendency, Proposed Publication Order | 1.00 | 550 | 550.00 |
| JOHN TROY11 | 05-30-19 | Check Individual Rules for Courtesy Copy MCCC | 0.25 | 550 | 137.50 |
| Preethi Kilaru4 | 05-30-19 | Prepare MCCC Courtesy Copy to Judge | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 05-31-19 | Print and Mail to OC Copy of Plaintiff(s)' EBT Notice, Def | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 05-31-19 | Draft Plaintiff(s)' Doc Production Requests | 2.75 | 350 | 962.50 |
| Aaron Schweitzer7 | 05-31-19 | Draft Plaintiff(s)' EBT Notice, Def | 0.75 | 350 | 262.50 |
| Aaron Schweitzer7 | 05-31-19 | Draft Plaintiff(s)' Initial Disclosures with Damages Calculations | 1.75 | 350 | 612.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 05-31-19 | Print and Mail to OC Copy of Plaintiff(s)' Interrogatories | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 05-31-19 | Print and Mail to OC Copy of Plaintiff(s)' Doc Production Requests | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 05-31-19 | Draft Plaintiff(s)' Interrogatories | 2.25 | 350 | 787.50 |
| Preethi Kilaru4 | 05-31-19 | Print and Mail to OC Copy of Plaintiff(s)' Initial Disclosures with Damages Calculations | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 06-05-19 | Review Letter re D's Rule 12(c) motion briefing schedule | 0.20 | 350 | 70.00 |
| Aaron Schweitzer7 | 06-05-19 | Review and Calendar Due Dates from Order re D's Rule 12(c) motion briefing schedule | 0.25 | 350 | 87.50 |
| Aaron Schweitzer7 | 06-23-19 | Review OC Motion in Opposition to MCCC, Affidavits in Oppo., Memo in Oppo. | 1.25 | 350 | 437.50 |
| Aaron Schweitzer7 | 07-11-19 | Oppos to MTD | 3.50 | 350 | 1225.00 |
| Aaron Schweitzer7 | 07-12-19 | Continue Drafting Oppos to MTD | 3.00 | 350 | 1050.00 |
| Aaron Schweitzer7 | 07-15-19 | Finalizing Oppos to MTD | 1.33 | 350 | 465.50 |
| Aaron Schweitzer7 | 08-31-19 | Review Order Approving MCCC: details | 0.25 | 350 | 87.50 |
| Aaron Schweitzer7 | 10-09-19 | Revise Notice of Pendency, Submit to Court | 0.75 | 350 | 262.50 |
| JOHN TROY11 | 10-22-19 | Revise the Notice of Pendency and Consent to Join form as per the order | 0.33 | 550 | 181.50 |
| JOHN TROY11 | 10-23-19 | email oc requesting for namelist | 0.10 | 550 | 55.00 |
| Aaron Schweitzer7 | 11-01-19 | Draft letter Motion to Compel Namelist | 1.50 | 350 | 525.00 |
| Leanghour Lim5 | 11-11-19 | Reply Defense Counsels Emails re Production of Employee's Name List and Revised Notice of Pendency | 0.50 | 250 | 125.00 |
| Leanghour Lim5 | 11-11-19 | Review Court's Orders re Defendants' Production of Employee Name List | 0.50 | 250 | 125.00 |
| Leanghour Lim5 | 11-15-19 | Review Case File and Communicate re Discovery Requests and Responses | 0.50 | 250 | 125.00 |
| Leanghour Lim5 | 11-15-19 | Follow up with Defense re Discovery and Obligation to Produce Name List (MCCC) | 0.25 | 250 | 62.50 |
| JOHN TROY11 | 11-15-19 | Review the namelist and text client requesting confirmation of the namelist | 0.33 | 550 | 181.50 |
| Leanghour Lim5 | 11-18-19 | Follow Up Employee Name List, Discovery Responses | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 11-18-19 | Reply Defense Counsel | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 11-19-19 | Follow Up Name List and Discovery Responses | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 11-19-19 | Propose Deposition Date and Confer re Discovery Extension | 0.25 | 250 | 62.50 |
| JOHN TROY11 | 11-19-19 | Draft Request to Admit | 1.00 | 550 | 550.00 |
| Aaron Schweitzer7 | 11-20-19 | Draft and Send to OC No Objection Letter | 0.70 | 350 | 245.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 |  troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY11 | 11-20-19 | Follow Up Discovery, Draft Letter Request Extension of Time to Complete Discovery and ECF | 0.67 | 550 | 368.50 |
| Aaron Schweitzer7 | 11-20-19 | 2nd Motion for Extension of Time to Complete Discovery | 0.25 | 350 | 87.50 |
| Aaron Schweitzer7 | 11-20-19 | Propose Deposition Dates | 0.25 | 350 | 87.50 |
| JOHN TROY11 | 12-05-19 | Draft Proposed Amended Scheduling Order and Forward to OC | 0.33 | 550 | 181.50 |
| JOHN TROY11 | 12-06-19 | Draft Motion to compel | 0.50 | 550 | 275.00 |
| Aaron Schweitzer7 | 12-09-19 | Revise Motion to Compel | 0.33 | 350 | 115.50 |
| Leanghour Lim5 | 12-09-19 | Follow Up Amended Discovery Plan | 0.12 | 250 | 30.00 |
| JOHN TROY11 | 12-09-19 | Edit Proposed Amended Scheduling Order | 0.20 | 550 | 110.00 |
| JOHN TROY11 | 12-09-19 | ECF  Proposed Amended Scheduling Order | 0.10 | 550 | 55.00 |
| JOHN TROY11 | 12-09-19 | Email OC re  Proposed Amended Scheduling Order | 0.10 | 550 | 55.00 |
| Leanghour Lim5 | 12-09-19 | Email OC re Deposition | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 12-09-19 | Call OC Office re Proposed Amended Scheduling Order | 0.25 | 250 | 62.50 |
| Aaron Schweitzer7 | 12-11-19 | Review Employee Name List and MCCC Affidavit | 1.00 | 350 | 350.00 |
| Aaron Schweitzer7 | 12-11-19 | Revise Motion to Compel | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 12-12-19 | Revise First Letter Motion to Compel Name List and ECF | 0.33 | 350 | 115.50 |
| Aaron Schweitzer7 | 12-12-19 | Draft Letter Seek Clarification of Defendant's Obligation and ECF | 0.45 | 350 | 157.50 |
| Preethi Kilaru4 | 12-19-19 | MCCC Mailing prep | 0.50 | 200 | 100.00 |
| JOHN TROY11 | 12-19-19 | Client Intake re Request for admission | 0.67 | 550 | 368.50 |
| JOHN TROY11 | 12-19-19 | Review Def's Request for Admission RFA and Answer | 0.50 | 550 | 275.00 |
| TIFFANY TROY3 | 12-19-19 | Translate Proposed Notice of Pendency and Consent to Sue Form from English to Chinese | 2.50 | 150 | 375.00 |
| Leanghour Lim5 | 12-23-19 | Follow Up Defendants' Obligation to Produce Name List and Affidavit; Talk to Jt | 0.25 | 250 | 62.50 |
| JOHN TROY11 | 12-23-19 | Revise and Email OC  Plaintiff's Response to Defendants' Request to Admit | 0.50 | 550 | 275.00 |
| Leanghour Lim5 | 01-14-20 | Talk with Chamber's Clerk re Status Conference (moot) | 0.20 | 250 | 50.00 |
| Leanghour Lim5 | 01-14-20 | Confer with OC re Deposition Arrangement | 0.33 | 250 | 82.50 |
| Leanghour Lim5 | 01-17-20 | Email OC: Confirmation of Plf's availability for Deposition | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 01-17-20 | Email OC: Confirmation of Def's Deposition | 0.10 | 250 | 25.00 |
| JOHN TROY11 | 01-18-20 | Follow Up with OC: confirmation of Plf's Depo | 0.10 | 550 | 55.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

**TROY LAW, PLLC**

41-25 Kissena Blvd.. Suite 103
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JOHN TROY11 | 01-18-20 | Prepare Plf Wan for Deposition (with ec) | 0.75 | 550 | 412.50 |
| JOHN TROY11 | 01-20-20 | Draft, Email, Access, Calendar Plf's Rule 26.1 Demands (Jane Doe & Joey Wang) | 0.33 | 550 | 181.50 |
| Aaron Schweitzer7 | 01-20-20 | Review Depo Case Note | 0.25 | 350 | 87.50 |
| Preethi Kilaru4 | 01-20-20 | plf Scan & Email Depo Exhibits to TroyLaw for keep | 1.00 | 200 | 200.00 |
| Aaron Schweitzer7 | 01-20-20 | Text Plf Wan: Confirmation of Plf's Depo | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 01-20-20 | depo Defs + follow-up | 3.50 | 350 | 1225.00 |
| Preethi Kilaru4 | 01-24-20 | Schedule Interpreter Plf Deposition of Def | 0.75 | 200 | 150.00 |
| Preethi Kilaru4 | 01-24-20 | Confirm with Stenographer Plf Deposition of Def | 0.50 | 200 | 100.00 |
| Preethi Kilaru4 | 01-27-20 | Update work tracking to provide the Attorneys fees and costs | 1.50 | 200 | 300.00 |
| Aaron Schweitzer7 | 01-27-20 | Confer with OC: Schedule Plf's Depo | 0.25 | 350 | 87.50 |
| Aaron Schweitzer7 | 01-29-20 | Follow up with OC: Def Res to LR 26.1 Demand | 0.10 | 350 | 35.00 |
| Leanghour Lim5 | 01-29-20 | Follow up with OC: Def's Obligation to Post Notice at the Store | 0.10 | 250 | 25.00 |
| Aaron Schweitzer7 | 01-30-20 | Propose Plf's Depo Dates | 0.10 | 350 | 35.00 |
| Leanghour Lim5 | 01-30-20 | Follow up with OC: Def's Obligation to Post Notice at the Store | 0.10 | 250 | 25.00 |
| Aaron Schweitzer7 | 01-31-20 | LINE Client re Deposition | 0.10 | 350 | 35.00 |
| Preethi Kilaru4 | 02-11-20 | call the court reporter and Confer with JT for transcript and request the transcript for 20190829 | 0.45 | 200 | 90.00 |
| Aaron Schweitzer7 | 02-11-20 | Draft Publication Draft | 1.00 | 350 | 350.00 |
| Aaron Schweitzer7 | 02-11-20 | Follow Up Defs' Respond to LR 26.1 Demand | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 02-17-20 | Review Def's Res to Plf's Rule 26.1 Demand | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 02-17-20 | Draft, PDF, ECF, Email Plf Letter Motion to compel Defendant to Post Notice | 0.67 | 350 | 234.50 |
| Aaron Schweitzer7 | 02-20-20 | Review Def Response re Motion to Compel | 0.20 | 350 | 70.00 |
| Aaron Schweitzer7 | 02-25-20 | Talk with JT re Case Posture esp Depo | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 02-25-20 | Confer with OC re Stay of Depo & Mediation/Settle | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 03-02-20 | Email OC re Depo & Mediation/ Sette | 0.10 | 350 | 35.00 |
| Leanghour Lim5 | 03-02-20 | Email Court Reporter re Transcripts | 0.25 | 250 | 62.50 |
| Leanghour Lim5 | 03-03-20 | Email OC: Plaintiff's Demand | 0.10 | 250 | 25.00 |
| Leanghour Lim5 | 03-06-20 | Respond to OC re Settlement | 0.10 | 250 | 25.00 |
| Aaron Schweitzer7 | 03-10-20 | Draft Letter Reporting to the Judge on Plf Depo confirmation | 0.33 | 350 | 115.50 |
| Aaron Schweitzer7 | 03-10-20 | Review the Deposition dates and Email OC and Confer with Cleint to schedule the deposition Date | 0.67 | 350 | 234.50 |
| Preethi Kilaru4 | 03-10-20 | Invoice Sandy Saunders Deposition | 0.20 | 200 | 40.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Aaron Schweitzer7 | 03-10-20 | Review Def Motion to Compel Depo Date | 0.15 | 350 | 52.50 |
| Preethi Kilaru4 | 03-11-20 | Request for Laptop and Email the Chamebrs and Print | 0.20 | 200 | 40.00 |
| Aaron Schweitzer7 | 03-11-20 | Email Chamber: plf letter motion for pmc for motion to amend complaint | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 03-11-20 | Review Case, Draft, PDF, ECF: plf letter motion for pmc for motion to amend complaint | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 03-12-20 | Forward to OC: Notices of Pendency in both ENG & CN | 0.10 | 350 | 35.00 |
| Preethi Kilaru4 | 03-20-20 | Call OC for the settlement offer | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 03-23-20 | Follow up on MCCC mailing | 0.20 | 350 | 70.00 |
| Aaron Schweitzer7 | 03-31-20 | Email OC consenting to adjourn the Deposition | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 04-07-20 | Email OC following up on the settlement offer | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 04-09-20 | Excel Summary List | 0.25 | 350 | 87.50 |
| Aaron Schweitzer7 | 04-13-20 | Email OC to provide the Affidavit affirmation the posting of Notice | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 04-16-20 | Review Affidavit of Juey Wong re Name List | 0.30 | 350 | 105.00 |
| Preethi Kilaru4 | 04-21-20 | Research for similar mccc cases and email the counsel to provide the transcript for plfs review | 0.45 | 200 | 90.00 |
| Preethi Kilaru4 | 04-22-20 | Email oc responding to def counter offer | 0.10 | 200 | 20.00 |
| Aaron Schweitzer7 | 05-20-20 | Intake Client RE Response to D's Rogs + Doc Production Requests | 1.75 | 350 | 612.50 |
| Aaron Schweitzer7 | 05-20-20 | Redact Plf Discovery Production, Bates Index | 1.90 | 350 | 665.00 |
| Aaron Schweitzer7 | 05-20-20 | Draft Client Response to D's Rogs + Doc Production Requests | 0.75 | 350 | 262.50 |
| Aaron Schweitzer7 | 05-20-20 | Download Def Rogs and DPR, Calendar Deadline 30 days wn Receipt | 0.75 | 350 | 262.50 |
| Aaron Schweitzer7 | 05-20-20 | Review Defendant's Document Production Requests | 2.00 | 350 | 700.00 |
| Aaron Schweitzer7 | 05-28-20 | Review Order for Status Conference | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 06-02-20 | Draft Status Letter and Email oc and Ecf to the court | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 06-02-20 | Draft and File status report | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 06-09-20 | Status Conference before Judge Seibel | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 06-09-20 | Post Status Conference Memo | 0.20 | 350 | 70.00 |
| Aaron Schweitzer7 | 06-09-20 | Calendar the dial in information for the conf call | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 06-10-20 | Review and Calendar Briefing schedule for Amend Compl and Cross MSJ | 0.25 | 350 | 87.50 |
| Preethi Kilaru4 | 06-11-20 | Calendar and Download Amended Complaint Brieing schedule into Access | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 06-19-20 | email oc regarding settlement offer | 0.10 | 200 | 20.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 103
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| Preethi Kilaru4 | 06-23-20 | Email OC back and forth regarding the settlement negotiations | 0.25 | 200 | 50.00 |
| Preethi Kilaru4 | 06-25-20 | email OC requesting for confirmation on the def depo plfs | 0.10 | 200 | 20.00 |
| Aaron Schweitzer7 | 06-26-20 | Email OC requesting to confirm the dpeosition of plf | 0.12 | 350 | 42.00 |
| Preethi Kilaru4 | 07-07-20 | EmaiL OC and fax chambers with Plfs objections to Submiting settlement negotiations to court | 0.25 | 200 | 50.00 |
| Aaron Schweitzer7 | 07-07-20 | object to def filing settlement communications | 1.25 | 350 | 437.50 |
| Aaron Schweitzer7 | 07-30-20 | Plfs email to OC reporting the intention to submit exparte letter to court | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 08-04-20 | Draft Exparte settlement letter and email chambers with the damage cal and mediation statement | 1.67 | 350 | 584.50 |
| Aaron Schweitzer7 | 08-04-20 | Draft Mediation Position Letter | 1.75 | 350 | 612.50 |
| Aaron Schweitzer7 | 08-07-20 | settlement conference prep | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 08-07-20 | settlement conference | 1.50 | 350 | 525.00 |
| Preethi Kilaru4 | 10-09-20 | Review Order Adjourning Status Conf | 0.10 | 200 | 20.00 |
| Preethi Kilaru4 | 10-12-20 | Email OC proposing dates to adjourn the Conference scheduled for 20201022 | 0.10 | 200 | 20.00 |
| Aaron Schweitzer7 | 10-27-20 | status conf | 0.50 | 350 | 175.00 |
| Preethi Kilaru4 | 10-27-20 | Email Court deputy with Plfs appearance and calendar the dial in information for the conference | 0.20 | 200 | 40.00 |
| Aaron Schweitzer7 | 11-08-20 | Draft Final Pretrial Order | 4.75 | 350 | 1662.50 |
| JOHN TROY11 | 11-09-20 | Confer with Client RE Terms | 1.30 | 550 | 715.00 |
| JOHN TROY11 | 11-09-20 | Confer Clients RE Settle Status | 0.40 | 550 | 220.00 |
| Aaron Schweitzer7 | 11-10-20 | Draft and File Notice of Acceptance with Offer of JM | 0.50 | 350 | 175.00 |
| Aaron Schweitzer7 | 11-10-20 | Draft and File Letter Motion to Adjourn Sine Die --post acceptance | 0.30 | 350 | 105.00 |
| Aaron Schweitzer7 | 11-10-20 | Review Order Granting Letter Motion to Adjourn Sine Die --post acceptance | 0.10 | 350 | 35.00 |
| Aaron Schweitzer7 | 11-10-20 | confer with OC re offer of judgment | 1.25 | 350 | 437.50 |
| Aaron Schweitzer7 | 11-19-20 | Draft and File Proposed JM | 0.33 | 350 | 115.50 |
| JOHN TROY11 | 11-20-20 | Draft Memo in Support, Attorney Fee Application | 1.10 | 550 | 605.00 |
| JOHN TROY11 | 11-20-20 | Draft Affidavit of John Troy in Support, Attorney Fee Application | 0.50 | 550 | 275.00 |
| JOHN TROY11 | 11-20-20 | Draft Notice of Motion, Attorney Fee Application | 0.20 | 550 | 110.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

2020年11月22日

**TROY LAW, PLLC**

41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY11 | 11-22-20 | Finalize and File Attorney Fee Application (Entire Set) | 1.00 | 550 | 550.00 |
| | | | | Total Billables | **$61,174.50** |

| Expense Description | Expense Date | Expense Amount | |
|---|---|---|---|
| DMV Search Fee | 10-30-18 | $12.00 | |
| usdc Filing Fee Index Number | 11-06-18 | $400.00 | |
| Courtesy Copy of MCCC Opening 82pp*.2 + Postage $7.85 + Binder $5 | 05-30-19 | $94.85 | |
| Postage Discovery Demands | 06-11-19 | $1.63 | |
| Envelope Discovery Demands (Rogs+DPR+EBT Notices) .20*pp | 06-11-19 | $0.25 | |
| Printing Discovery Demands (Rogs+DPR+EBT Notices) .20*pp | 06-11-19 | $14.60 | |
| Design Notice of Pendency + Consent to Join Form Envelope | 12-20-19 | $50.00 | |
| Notice of Pendency + Consent to Join Form (English and Translated)x8p+ x2 x9 copies /.2 per page | 12-20-19 | $14.40 | |
| Envelope + Return Envelope RE Notice of Pendency x.1/envelope x 2 x9 copies | 12-20-19 | $4.50 | |
| Postage RE Notice of Pendency x9 copies | 12-20-19 | $11.25 | |
| Arthur Kwok Interpretation Fee for Deposition held on 20200121 | 01-27-20 | $315.00 | |
| Transcript Deposition, Witness Deposed Ai Chin Chen and Yu Wei Li | 03-10-20 | $583.00 | |
| | Total Expenses | **$1,501.48** | |

| | |
|---|---|
| Total Billables | $61,174.50 |
| Total Expenses | $1,501.48 |
| Total Payments | $0.00 |
| Outstanding | $62,675.98 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

**We always appreciate your business!**