UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

LU WAN, *individually and on behalf of other similarly situated*,

                                      Plaintiff,

                      v.

YWL USA INC.
d/b/a Buddha Asian Bistro Sushi Hibachi Steak House,
AI QIN CHEN, and
JANE DOE,

                                  Defendants,

------------------------------------------------------------------------x

Case No.: 7:18-cv-10334-CS

**RULE 68 OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. Rule 68, YWL USA INC. and AI QIN CHEN (collectively "Defendants"), by their attorneys Law Office of Z. Tan PLLC, hereby offer to allow entry of judgment in this action as follows:

      1.      Judgment shall be entered in favor of the plaintiff LU WAN ("Plaintiff") and against Defendants YWL USA INC. d/b/a Buddha Asian Bistro Sushi Hibachi Steak House, and AI QIN CHEN, jointly and severally, in the amount of TWELVE THOUSAND FIVE HUNDRED US DOLLARS ($12,500.00), together with interests, costs and expenses, and reasonable attorneys' fees incurred by the plaintiff to the date of the offer.

      2.      This offer is made on an all or nothing basis. It must be accepted in its entirety or it is deemed rejected.

      3.      Plaintiffs' acceptance of this offer is in full satisfaction and settlement of all claims that are, could have been or could be asserted by him against Defendants in this action.

      4.      This offer shall be deemed rejected unless Plaintiffs serves a written acceptance

of this offer within fourteen (14) days of service upon them. Within fourteen (14) days of any acceptance of this offer, Defendants will immediately provide payment on the offer by certified check delivered to Plaintiff's counsel.

5.　This Offer of Judgment is made solely for the purpose in Fed. R. Civ. P. Rule 68. Evidence of this offer is not admissible except in a proceeding to determine costs and attorney's fees and this offer is not to be construed as an admission that Defendants are liable in this action or that Plaintiffs have suffered any damage.

Dated: Nassau, New York
　　　　October 24, 2019

　　　　　　　　　　　　　　　　　　　　　　　Law Office of Z. Tan PLLC

　　　　　　　　　　　　　　　　　　　　By: /s/ Bingchen Li
　　　　　　　　　　　　　　　　　　　　　　Bingchen Li, Esq. (BL4750)
　　　　　　　　　　　　　　　　　　　　　　39-07 Prince Street, Suite 3B
　　　　　　　　　　　　　　　　　　　　　　Flushing, New York 11354
　　　　　　　　　　　　　　　　　　　　　　Tel:　(718) 886-6676
　　　　　　　　　　　　　　　　　　　　　　Fax:　(888) 306-8666
　　　　　　　　　　　　　　　　　　　　　　Email: eric.li@ncny-law.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

To:
Troy Law, PLLC
John Troy, Esq.
41-25 Kissena Blvd., Suite 119
Flushing, New York 11355
Phone: (718) 762-1324
Email: johntroy@troypllc.com
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on October 24, 2019, the forgoing RULE 68 OFFER OF JUDGMENT was served in accordance with the Federal Rule of Civil Procedure, and/or the Southern District's Rules upon the following parties and participants:

Attorney for Plaintiff:

Troy Law, PLLC
John Troy, Esq.
41-25 Kissena Blvd., Suite 119
Flushing, New York 11355
Phone: (718) 762-1324
Email: johntroy@troypllc.com
*Attorneys for Plaintiff*


Dated: Nassau, New York
       October 24, 2019

                                          Law Office of Z. Tan PLLC

                                          By: /s/ Bingchen Li
                                              Bingchen Li, Esq. (BL4750)
                                              39-07 Prince Street, Suite 3B
                                              Flushing, New York 11354
                                              Tel:   (718) 886-6676
                                              Fax:   (888) 306-8666
                                              Email: eric.li@ncny-law.com
                                              *Attorneys for Defendants*